IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

GADSDEN COUNTY
REPUBLICAN EXECUTIVE
COMMITTEE et al.,

      Plaintiffs,

v.                                    CASE NO. 4:23cv537-RH-MAF

GADSDEN COUNTY BOARD OF
COUNTY COMMISSIONERS et al.,

      Defendants.

_____/

## ORDER SETTING A SCHEDULING CONFERENCE

The plaintiffs have moved for a preliminary injunction. In order to promote the orderly and prompt resolution of the motion,

IT IS ORDERED:

1. By separate notice, the clerk must set a telephonic scheduling conference for January 4, 2024, at 3:00 p.m. Only matters of timing and procedure, not matters of substance, will be addressed at the conference.

2. The plaintiffs' attorneys must attempt to learn the identity of the defendants' attorneys as soon as possible. The plaintiffs' attorneys must provide to

the defendants' attorneys, immediately upon learning their identity—or, if their identities are already known, immediately upon receipt of this order—copies of:

- the complaint,
- the motion and supporting papers,
- this order, and
- the clerk's notice of hearing.

Copies must be provided by the most expeditious feasible method and, if different, by the most reliable method. The plaintiffs must serve copies of the papers listed above on the defendants by noon on January 3, 2024, in the manner provided by law for service of process, if by that time the plaintiffs' attorneys have not learned the identity of the defendants' attorneys.

     3. The attorneys for all parties must confer prior to the scheduling conference in a good faith effort to reach agreement on the scheduling of a hearing on the motion for a preliminary injunction and on other procedural and substantive issues relating to the motion, including the need for live testimony and the admissibility of declarations.

     4. The attorneys for all parties may confer regarding the date of the scheduling conference. It will be moved to another date available on the court's calendar if all parties agree. The courtroom deputy clerk must cooperate with the

parties on the availability of other dates.

SO ORDERED on December 22, 2023.

s/Robert L. Hinkle  
United States District Judge